Christopher D. Jennings
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Ph. (501) 907-2555
Fax (501) 907-2556
Email: cjennings@emersonpoynter.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Webb, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> Carters, Inc. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:08-CV-07367-GAF-MANx <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____ Christopher D. Jennings _____,
Applicant's Name

of _____ EMERSON POYNTER LLP, 500 President Clinton Ave., Ste. 305, Little Rock, AR 72201 _____
Firm Name / Address

_____ (501) 907-2555 _____      _____ cjennings@emersonpoynter.com _____
Telephone Number         E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

 X  Plaintiff ___ Defendant _____ Lindsey Webb _____

and the designation of _____ Robert A. Jigarjian - 171107 _____
Local Counsel Designee /State Bar Number

of _____ JIGARJIAN LAW OFFICE   128 Tunstead Avenue,  San Anselmo, CA 94960 _____
Local Counsel Firm / Address

_____ (415) 341-6660 _____      _____ jigarjianlaw@gmail.com _____
Telephone Number         E-mail Address

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  December 5, 2008 _____

U. S. District Judge