John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Ph. (281) 488-8854
Fax (281) 488-8867
Email: jemerson@emersonpoynter.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Webb, et al.<br><br>Plaintiff(s)<br>v.<br>Carters, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:08-CV-07367-GAF-MANx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __John G. Emerson__,
*Applicant's Name*

of __EMERSON POYNTER LLP, 830 Apollo Lane, Houston, TX 77058__
*Firm Name / Address*

__(281) 488-8854__                   __jemerson@emersonpoynter.com__
*Telephone Number*                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of

_X_ Plaintiff  ___ Defendant  __Lindsey Webb__

and the designation of __Robert A. Jigarjian  -  171107__
*Local Counsel Designee /State Bar Number*

of __JIGARJIAN LAW OFFICE__  128 Tunstead Avenue, San Anselmo, CA 94960
*Local Counsel Firm / Address*

__(415) 341-6660__                   __jigarjianlaw@gmail.com__
*Telephone Number*                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __December 5, 2008__                  *[signed] Gary Feess*
                                             U. S. District Judge

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**