# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lindsey Webb, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:08-CV-07367-GAF-MANx |
| v. Carters, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __J. Gerard Stranch, IV__,
Applicant's Name

of __Branstetter, Stranch & Jennings, PLLC, 227 2nd Avenue N., 4th Floor, Nashville, TN 37201-1631__
Firm Name / Address

__(615) 254-8801__                              __gerards@branstetterlaw.com__
Telephone Number                                  E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

__X__ Plaintiff ___ Defendant   __Lindsey Webb__

and the designation of __Robert A. Jigarjian  -  171107__
Local Counsel Designee /State Bar Number

of __JIGARJIAN LAW OFFICE   128 Tunstead Avenue,  San Anselmo, CA 94960__
Local Counsel Firm / Address

__(415) 341-6660__                              __jigarjianlaw@gmail.com__
Telephone Number                                  E-mail Address

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated __December 5, 2008__                         _/s/ Gary Feess_
                                                   U. S. District Judge