# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Webb, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Carters, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:08-CV-07367-GAF-MANx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC<br>CASE |

The Court, having reviewed the accompanying Application of _____ James G. Stranch, III _____ ,
Applicant's Name

of _____ Branstetter, Stranch & Jennings, PLLC, 227 2nd Avenue N., 4th Floor, Nashville, TN 37201-1631 _____
Firm Name / Address

_____ (615) 254-8801 _____          _____ jims@branstetterlaw.com _____
Telephone Number          E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

 X  Plaintiff ___ Defendant _____ Lindsey Webb _____

and the designation of _____ Robert A. Jigarjian  -   171107 _____
Local Counsel Designee /State Bar Number

of _____ JIGARJIAN LAW OFFICE   128 Tunstead Avenue,  San Anselmo, CA 94960 _____
Local Counsel Firm / Address

_____ (415) 341-6660 _____          _____ jigarjianlaw@gmail.com _____
Telephone Number          E-mail Address

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated   December 5, 2008 _____          _____
U. S. District Judge