# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lindsey Webb, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:08-CV-07367-GAF-MANx |
| v.  Carters, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Thomas J. Butler__,
_Applicant's Name_

of   __Whatley Drake & Kallas, 2001 Park Place North, Ste 1000, Birmingham, AL 35203__
_Firm Name / Address_

__205-328-9576__                    __tbutler@wdklaw.com__
_Telephone Number_                  _E-mail Address_

for permission to appear and participate in the above-entitled action on behalf of

_X_ Plaintiff  ___ Defendant   __Lindsey Webb__

and the designation of   __Robert A. Jigarjian  -  171107__
_Local Counsel Designee /State Bar Number_

of   __JIGARJIAN LAW OFFICE    128 Tunstead Avenue, San Anselmo, CA 94960__
_Local Counsel Firm / Address_

__(415) 341-6660__                  __jigarjianlaw@gmail.com__
_Telephone Number_                  _E-mail Address_

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  __December 5, 2008__                 _/s/ Gary Feess_
                                            U. S. District Judge

---

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**