Edith Kallas
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Phone (212) 447-7070
Email: ekallas@wdklaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Webb, et al.<br><br>Plaintiff(s)<br>v.<br>Carters, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:08-CV-07367-GAF-MANx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Edith M. Kallas__,
*Applicant's Name*

of __Whatley Drake & Kallas, LLC 1540 Broadway, 37th Floor New York, NY 10036__
*Firm Name / Address*

__(212) 447-7070__                                  __ekallas@wdklaw.com__
*Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of

 X  Plaintiff ___ Defendant  __Lindsey Webb__

and the designation of __Robert A. Jigarjian  -  171107__
*Local Counsel Designee /State Bar Number*

of __JIGARJIAN LAW OFFICE   128 Tunstead Avenue, San Anselmo, CA 94960__
*Local Counsel Firm / Address*

__(415) 341-6660__                                  __jigarjianlaw@gmail.com__
*Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  X GRANTED

  ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  December 5, 2008                              *[signature]*
                                                     U. S. District Judge