Scott E. Poynter
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Ph. (501) 907-2555
Fax (501) 907-2556
Email: scott@emersonpoynter.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lindsey Webb, et al.<br><br>Plaintiff(s)<br>v.<br>Carters, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:08-CV-07367-GAF-MANx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed the accompanying Application of __Scott E. Poynter__,
                                                             Applicant's Name

of __EMERSON POYNTER LLP, 500 President Clinton Ave., Ste. 305, Little Rock, AR 72201__
                                      Firm Name / Address

__(501) 907-2555__                                  __scott@emersonpoynter.com__
Telephone Number                                      E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

 _X_ Plaintiff  ___ Defendant  __Lindsey Webb__

and the designation of __Robert A. Jigarjian - 171107__
                        Local Counsel Designee /State Bar Number

of __JIGARJIAN LAW OFFICE   128 Tunstead Avenue, San Anselmo, CA 94960__
                     Local Counsel Firm / Address

__(415) 341-6660__                                  __jigarjianlaw@gmail.com__
Telephone Number                                      E-mail Address

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  December 10, 2008                    _/s/ Gary Feess_
                                            U. S. District Judge