Joe R. Whatley, Jr.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lindsey Webb, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:08-cv-07367-GAF-MANx |
| v. Carters, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Joe R. Whatley, Jr.__,
                                                              Applicant's Name

of __WHATLEY DRAKE & KALLAS LLC  1540 Broadway, 37th Floor,  New York, NY  10036__
                                        Firm Name / Address

__(212) 447-7070__                                   __jwhatley@wdklaw.com__
  Telephone Number                                        E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

 X  Plaintiff ___ Defendant _____Lindsey Webb_____

and the designation of _____Robert A. Jigarjian  -  171107_____
                              Local Counsel Designee /State Bar Number

of _____JIGARJIAN LAW OFFICE   128 Tunstead Avenue,  San Anselmo, CA 94960_____
                              Local Counsel Firm / Address

__(415) 341-6660__                                   __jigarjianlaw@gmail.com__
  Telephone Number                                        E-mail Address

as local counsel, hereby **ORDERS** the Application be:

 XX GRANTED

 ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  December 22, 2008                       _____/s/ Gary Feess_____
                                                    U. S. District Judge