# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **LINDSEY WEBB, JAYME SANCHEZ, KINA ABRAMS, and ANASTASIA BOOTH**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CARTER'S, INC., and AVERY DENNISON, INC.**,<br><br>Defendants. | CASE NO.: 08-cv-07367 GAF (MANx)<br><br>**CLASS ACTION**<br><br>**ORDER RE: CLASS CERTIFICATION** |

## ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court Orders:

(1) The deadline to file the motion for class certification is hereby extended, and is to be filed no later than February 15, 2010; Defendants' opposition to class certification shall be filed by April 15, 2010; and Plaintiffs' reply in support of motion for class certification shall be filed by May 28, 2010;

/ / /

/ / /

/ / /

1     (2)    The parties are to meet and prepare a Joint Scheduling Conference Report as set forth in the Order Regarding Rule 26(f) Scheduling Conference and Joint Report. Scheduling Conference remains set for October 19, 2009 at 1:30 p.m.

Dated: August 24, 2009

*[signature: Gary Feess]*

HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE