UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDSEY WEBB, *et al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARTER'S INC., *et al.*<br><br>    Defendant. | CASE NO. 2:08-cv-07367 GAF MANx<br><br>[PROPOSED] **PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL DOCUMENTS** |
| AMY MUIR, *et al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARTER'S INC., *et al.*<br><br>    Defendant. | |

The parties in the above-entitled actions have submitted an AGREED CONFIDENTIALITY STIPULATION FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties Confidentiality Stipulation.

Dated: October 9, 2009      _____
                             Margaret A. Nagle
                             United States Magistrate Judge