Michael G. Stewart
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Tel: (615) 254-8801
Fax: (615) 250-3937



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LINDSEY WEBB, et al. | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 2:08-cv-07367 GAF MANx |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| CARTER, INC., et al. | |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Michael G. Stewart__,
*Applicant's Name*

Branstetter, Stranch & Jennings, PLLC

of __227 2nd Ave. N., 4th Fl., Nashville, TN 37201-1631__
*Firm Name / Address*

(615) 254-8801                                    mstewart@branstetterlaw.com
*Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

Lindsey Webb

and the designation of __Alan M. Mansfield (SBN 125998)__
*Local Counsel Designee /State Bar Number*

The Consumer Law Group

of __9466 Black Mountain Rd., Ste. 225, San Diego, CA 92126__
*Local Counsel Firm / Address*

(619) 308-5034                                    alan@clgca.com
*Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __11/12/09__

U. S. District Judge/U.S. Magistrate Judge

ORIGINAL