ROY M. BRISBOIS, SB# 53222
    E-Mail: brisbois@lbbslaw.com
ERIC Y. KIZIRIAN, SB# 210584
    E-Mail: kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

DAVID S. OSTERMAN (*pro hac vice*)
    E-Mail: dosterman@goldbergsegalla.com
**GOLDBERG SEGALLA LLP**
301 Carnegie Center Boulevard, Suite 101
Princeton, New Jersey 08540
Telephone: 609.986.1300
Facsimile: 609.986.1301

Attorneys for Defendant Carter's Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDSEY WEBB, *et al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARTER'S INC., *et al.*<br><br>    Defendant.<br><br>AMY MUIR, *et al*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARTER'S INC., *et al.*<br><br>    Defendant. | CASE NO. 2:08-cv-07367 GAF MANx<br><br>Hon. Gary A. Feess<br><br>**JOINT RESPONSE OF CARTER'S, INC. AND AVERY DENNISON, INC. TO COURT'S MINUTE ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT UNDER SEAL** |

Defendants Carter's, Inc. ("Carter's") and Avery Dennison, Inc. ("Avery") hereby respectfully submit the forgoing joint response to the Court's February 3, 2010 Minute Order regarding filing of plaintiffs' Third Amended Complaint ("TAC") under seal. Because the TAC, as drafted, does not contain "trade secrets" as defined by applicable law, Carter's and Avery do not intend to file a memorandum requesting that the TAC be filed under seal.

DATED: February 16, 2010      LEWIS BRISBOIS BISGAARD & SMITH LLP
                              GOLDBERG SEGALLA LLP


                              By: /s/ Eric Y. Kizirian
                                  Eric Y. Kizirian
                                  Attorneys for Carter's Inc.


DATED: February 16, 2010      DRINKER BIDDLE & REATH LLP



                              By: /s/ Beth O. Arnese
                                  Beth O. Arnese
                                  Attorneys for Avery Dennison

4839-4132-8901.1

1
RESPONSE TO MINUTE ORDER RE FILING OF TAC UNDER SEAL

**FEDERAL COURT PROOF OF SERVICE**
Webb et al. v. Carter's Inc. et al.

STATE OF CALIFORNIA, COUNTY OF Los Angeles

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 16, 2010, I served the following document(s):

**JOINT RESPONSE OF DEFENDANTS CARTER'S, INC. AND AVERY DENNISON, INC. TO COURT'S MINUTE ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT UNDER SEAL**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 16, 2010, at Los Angeles, California.

/s/ Eric Y. Kizirian
Eric Y. Kizirian

4839-4132-8901.1

2
RESPONSE TO MINUTE ORDER RE FILING OF TAC UNDER SEAL