William T. Crowder
EMERSON POYNTER LLP
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Ph. (501) 907-2555
Fax (501) 907-2556
Email: wcrowder@emersonpoynter.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Webb, et al.<br><br>Plaintiff(s)<br>v.<br>Carters, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>2:08-cv-07367-GAF-MANx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __William T. Crowder__,
                                                              Applicant=s Name

of     EMERSON POYNTER LLP, 500 President Clinton Ave., Ste. 305, Little Rock, AR 72201
                                         Firm Name / Address

    (501) 907-2555                               wcrowder@emersonpoynter.com
    Telephone Number                                    E-mail Address

for permission to appear and participate in the above-entitled action on behalf of

 X  Plaintiff(s) __ Defendant        Lindsey Webb and Amy Muir

and the designation of           Robert A. Jigarjian - 171107
                                Local Counsel Designee /State Bar Number

of       JIGARJIAN LAW OFFICE   128 Tunstead Avenue, San Anselmo, CA 94960
                                Local Counsel Firm / Address

    (415) 341-6660                               jigarjianlaw@gmail.com
    Telephone Number                                    E-mail Address

as local counsel, hereby **ORDERS** the Application be:

 X  GRANTED

 __ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated  March 19, 2010

                                                    /s/ Gary Feess
                                        U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**