Ilze C. Thielmann
1540 Broadway, 37th Floor
New York, NY 10036

E-FILED 8/3/2010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LINDSEY WEBB, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 08-cv-07367-GAF-MAN |
| v. | |
| CARTER'S INC., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Ilze C. Thielmann__,
*Applicant's Name*

of __Whatley Drake & Kallas, LLC, 1540 Broadway, 37th Floor, New York, NY 10036__
*Firm Name / Address*

__212-447-7070__                             __ithielmann@wdklaw.com__
*Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff    ☐ Defendant

__Lindsey Webb, Jayme Sanchez, Kim Abrams, Anastasia Booth, Amy Muir & Nancy Muir__

and the designation of __Thomas D. Mauriello/144811__
*Local Counsel Designee /State Bar Number*

of __MAURIELLO LAW FIRM APC, 1181 Puerta Del Sol, Suite 120, San Clemente, CA 92673__
*Local Counsel Firm / Address*

__949-542-3555__                             __tomm@maurlaw.com__
*Telephone Number*                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

■ GRANTED
☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

*/s/ Gary Feess*

Dated   August 3, 2010

U. S. District Judge/~~U.S. Magistrate Judge~~