## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

LINDSEY WEBB, individually and on behalf of
all others similarly situated,

Plaintiff(s)

v.

CARTER'S INC., AVERY DENNISON and
PACIFIC CONCEPT INDUSTRIES LIMITED,

Defendant(s).

CASE NUMBER

2:08-cv-07367-GAF-MAN

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of _____ Steven S. Vahidi _____ ,

Applicant=s Name

of ___ Goldberg Segalla LLP, 902 Carnegie Center, Suite 100, Princeton, NJ 08540 _____

Firm Name / Address

___ 609-983-1300 _____                          svahidi@goldbergsegalla.com _____
Telephone Number                                    E-mail Address

for permission to appear and participate in the above-entitled action on behalf of ___ Plaintiff   X Defendant

___ Carter's Inc. _____

and the designation of _____ Roy M. Brisbois/53222 _____

Local Counsel Designee /State Bar Number

of Lewis Brisbois Bisgaard & Smith LLP, 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012 _____

Local Counsel Firm / Address

___ 213-250-1800 _____                          brisbois@llbslaw.com _____
Telephone Number                                    E-mail Address

as local counsel, hereby **ORDERS** the Application be:

___XX___ GRANTED

_____ DENIED. Fee, if paid, shall be returned by the Clerk

Dated ___ August 10, 2010 _____          _____

U. S. District Judge/U.S. Magistrate Judge