UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### AMENDED CIVIL MINUTES - GENERAL

| Case No. | CV-08-07367-GAF (MANx) | Date | June 22, 2012 |
|---|---|---|---|
| Title | Lindsey Webb, et al v. Carter's, Inc., et al. | | |

| Present: The Honorable | **MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| Amy Gigliotti | CS 06/22/2012 |
|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Gerard Stranch, IV<br>John Emerson | David S. Osterman<br>Eric Y. Kizirian<br>David S. Poole<br>Steven M. Selna |

**Proceedings:**     Settlement Conference

The case is called. J. Gerard Stranch, IV and John Emerson, attorneys at law, appear on behalf of plaintiffs. David S. Osterman, Eric Y. Kizirian, David S. Poole and Steven M. Selna appear on behalf of defendants.

The settlement conference is conducted off the record.

A settlement has been reached.

|  | 5 | : | 45 |
|---|---|---|---|
| Initials of Preparer | | AG | |