JS-6

THE CONSUMER LAW GROUP
Alan M. Mansfield, Esq.
alan@clgca.com
10200 Willow Creek Road, Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (888) 341-5048

BRANSTETTER STRANCH & JENNINGS PLLC
J. Gerard Sranch, IV, Esq.
gerards@branstetterlaw.com
Michael G. Stewart, Esq.
mstewart@branstetterlaw.com
227 Second Avenue North, Fourth Fl.
Nashville, TN 37201-1631
Tel: (615) 254-8801
Fax: (615) 250-3937

Attorneys for Plaintiffs
[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDSEY WEBB, et al.,<br>Plaintiffs,<br>v.<br>CARTER'S, INC., et al.,<br>Defendants. | Case No.: 2:08-cv-07367-GAF (MANx)<br><br>CLASS ACTION<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); AND **ORDER**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 740 - Hon. Gary A. Feess |

WHEREAS, on November 6, 2008, Plaintiffs filed an action against CARTER'S, INC. ("Carter's") and AVERY DENNISON, INC. ("Avery Dennison", Case No. 2:08-CV-07367-GAF (MANx) (the "Action"), which was assigned to the Honorable Gary A. Feess of the Central District of California ("Court");

/ / /

WHEREAS, the parties have engaged in substantial discovery in this matter, and based on that discovery, the parties have concluded that the claims for relief asserted in this action should no longer proceed and be prosecuted on a class-wide basis, but only be settled on an individual basis, which the parties have agreed to;

WHEREAS, without any admission of liability on the part of either Carter's or Avery Dennison, the parties desire to avoid continued litigation and trial of any remaining individual claims for relief;

WHEREAS, no class has been certified, class certification was denied, and no renewed motion for class certification is pending;

THEREFORE,

In recognition of the foregoing, the parties stipulate that all Plaintiffs' claims in the above-entitled action will and hereby are voluntarily dismissed against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), conditioned on entry of a Judgment of Dismissal of such claims by the Court dismissing these Plaintiffs' individual claims with prejudice and reserving jurisdiction to supervise and enforce exchange of settlement documents and providing monetary consideration under the Settlement Agreement and enforce the terms of the Settlement Agreement.

Dated:  December 20, 2012        THE CONSUMER LAW GROUP

By:   S/Alan M. Mansfield
      ALAN M. MANSFIELD (SBN 125998)
      alan@clgca.com
10200 Willow Creek Rd., Suite 160
San Diego, CA 92131
Tel: (619) 308-5034
Fax: (619) 341-5048

BRANSTETTER STRANCH & JENNINGS PLLC
J. Gerard Sranch, IV, Esq.
gerards@branstetterlaw.com
Michael G. Stewart, Esq.
mstewart@branstetterlaw.com
227 Second Avenue North, Fourth Fl.
Nashville, TN 37201-1631
Tel: (615) 254-8801
Fax: (615) 250-3937

EMERSON POYNTER LLP
John G. Emerson, Esq.
jemerson@emersonpoynter.com
830 Apollo Lane
Houston, TX 77058-2610
Tel: (281) 488-8854
Fax: (281) 488-8867

Scott E. Poynter, Esq.
scott@emersonpoynter.com
Christopher D. Jennings, Esq.
Cjennings@emersonpoynter.com
500 President Clinton Ave., St. 305
Little Rock, AR 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

WHATLEY DRAKE & KALLAS, LLC
Joe R. Whatley Jr., Esq.
Edith M. Kallas, Esq.
ekallas@wdklaw.com
Ilze C. Thielmann, Esq.
ithielmann@wdklaw.com
380 Madison Avenue, 23rd Fl.
New York, NY 10017
Tel: (212) 447-7070
Fax: (212) 447-7077

JIGARJIAN LAW OFFICE
Robert A. Jigarjian, Esq.
jigarjianlaw@gmail.com
128 Tunstead Avenue
San Anselmo, CA 94960
Tel: (415) 341-6660

MAURIELLO LAW FIRM
Thomas D. Mauriello (SBN: 144811)
tomm@maurlaw.com
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

Attorneys for Plaintiffs

Dated: December 20, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: S/Eric Y. Kizirian
ERIC Y. KIZIRIAN
kizirian@lbbslaw.com
Roy M. Brisbois, Esq.
brisbois@lbbslaw.com

221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Tel: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant Carter's, Inc.

Dated: December 20, 2012 DRINKER BIDDLE & REATH LLP

By: S/S. Fey Epling
S. FEY EPLING
Fey.epling@dbr.com
Beth O. Arnese, Esq.
Beth.arnese@dbr.com
Steven M. Selna, Esq.
Steven.selna@dbr.com
50 Fremont Street, 20th Fl.
San Francisco, CA 94105
Tel: (415) 591-7500
Fax: (415) 591-7510

Attorneys for Defendant Avery Dennison, Inc.

ORDER

Based upon the Stipulation of the parties,

IT IS SO ORDERED.

Dated: December 27, 2012

HON. GARY A. FEESS
United States District Court Judge